# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| | : | |
| JOHN J. AULICINO, | : | Bankruptcy No. 08-11865DWS |
| MARCELLA F. AULICINO, | : | |
| aka Marcella Frances Fuimano, | : | |
| aka Marcella F. Gerage, | : | |
| | : | |
| Debtors. | : | |

# ORDER

**AND NOW**, this 2nd day of December 2008, upon consideration of the Motion by Former Spouse John Angelo Fuimano ("Movant"), for Relief from Automatic Stay to Enforce Property Interest in State Court (the "Motion"). The Motion is opposed by the Chapter 7 trustee ("Trustee"), after notice and hearing and for the reasons stated in the accompanying Memorandum Opinion;

It is hereby **ORDERED** that the Movant's Motion is **GRANTED**.

DIANE WEISS SIGMUND
United States Bankruptcy Judge